UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OJAY LEWIS, | : |
| PLAINTIFF, | : |
| V. | : Civil No. _____ |
| DELTA MANAGEMENT ASSOCIATES, INC., | : |
| DEFENDANT. | : |

## NOTICE OF REMOVAL

Defendant, Delta Management Associates, Inc. ("Delta"), hereby gives notice that this action is removed from the State of Connecticut Superior Court, New Haven Judicial District to the United States District Court for the District of Connecticut, pursuant to 28 U.S.C. §§ 1441 and 1446. In support thereof, and for the purpose of removal only, the Defendant states as follows:

1. On October 17, 2012, Defendant was served with a Summons and Complaint in the above-entitled matter. Copies of all process, pleadings and other papers served upon Delta are attached hereto as Exhibit A.

2. The parties to this action are, as follows:

   A. Plaintiff, Ojay Lewis is a citizen of State of Connecticut.

   B. Defendant, Delta is a corporation with its principal place of business in Bedford, New Hampshire.

3. Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et. seq., and §36a-800, et. seq., Connecticut General Statutes against the Defendant in his Complaint.

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § §1331.

5.      Pursuant to 28 U.S.C. § 1441, et. seq., this cause may be removed to the United States District Court for the District of Connecticut.

6.      In addition, Plaintiff also alleges state law claims against the Defendant. However, because the federal and non-federal claims all derive from a common nucleus of operative facts this Court has supplemental jurisdiction over the non-federal claims alleged against the Defendant, 28 U.S.C. § 1367(a).

7.      Alternatively, if the federal claims are deemed to be separate and independent from the non-federal claims, as opposed to arising out of a common nucleus of operative facts, the Defendant invoke the Court's jurisdiction under 28 U.S.C. § 1441(c) as grounds for removal of the entire state action to this Court.

8.      As required by 28 U.S.C. § 1446(d), the Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of New Haven, where the action is now pending.  A copy of the Notice to State Court of Filing of the Notice of Removal is attached as Exhibit B.

WHEREFORE, Defendant, by counsel, removes the subject action from the State of Connecticut Superior Court, New Haven Judicial District to the United States District Court for the District of Connecticut.

                              DEFENDANT
                              DELTA MANAGEMENT
                              ASSOCIATES, INC.

                              By: _____/s/_____
                                  Jonathan D. Elliot

                                  Zeldes, Needle & Cooper, P.C.
                                  1000 Lafayette Blvd.
                                  Bridgeport, CT 06604
                                  Tel: 203-333-9441
                                  Fax: 203-333-1489
                                  Email: jelliot@znclaw.com

                              Its Attorney

## CERTIFICATION

This is to certify that on November 15, 2012, a copy of the foregoing **Notice of Removal** was filed with the court in accordance with the court's filing policies and procedures and was sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Jeffrey Olgin, Esq.
>74 Rose Hill Road
>Branford, CT 06405

Dated at Bridgeport, Connecticut on this 15th day of November 2012.


Jonathan D. Elliot