# EXHIBIT A

Rec'd 10/17/12

# SUMMONS - CIVIL

JD-CV-1  Rev. 6-11
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

- [X] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer, BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

**Address of court clerk where writ and other papers shall be filed** (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350)
235 Church St New Haven Ct

**Telephone number of clerk** (with area code)
(203) 503-6800

**Return Date** (Must be a Tuesday)
11 / 9 / 2012

- [X] Judicial District
- [ ] Housing Session
- [ ] G.A. Number:

**At (Town in which writ is returnable)** (C.G.S. §§ 51-346, 51-349)
New Haven

**Case type code** (See list on page 2)
Major: C   Minor: 90

**For the Plaintiff(s) please enter the appearance of:**

**Name and address of attorney, law firm or plaintiff if self-represented** (Number, street, town and zip code)
Attorney Jeffrey Olgin 74 Rose Hill Rd Branford Ct 06405

**Juris number** (to be entered by attorney only)
044318

**Telephone number** (with area code)
203-483-1549

**Signature of Plaintiff** (if self-represented)

Number of Plaintiffs: 1   Number of Defendants: 1   [ ] Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Ojay Lewis<br>Address: 149 Lamson St West Haven Ct 06516 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Delta Management Associates Inc<br>Address: PO Box 18001 Bedford, NH 03110-8001 | D-50 |
| Additional Defendant | Name:<br>Address: | D-51 |
| Additional Defendant | Name:<br>Address: | D-52 |
| Additional Defendant | Name:<br>Address: | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

**Signed** (Sign and "X" proper box)
[X] Commissioner of the Superior Court
[ ] Assistant Clerk

**Name of Person Signing at Left**
Attorney Jeffrey Olgin

**Date signed**
09/04/2012

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

**For Court Use Only**
File Date

A TRUE COPY ATTEST
MARK J. WHITE
CONNECTICUT STATE MARSHAL
AN INDIFFERENT PERSON

I certify I have read and understand the above:   **Signed** (Self-Represented Plaintiff)   Date

**Name and address of person recognized to prosecute in the amount of $250**
Sarah Poriss PO Box 370131 West Hartford Ct 06137

**Signed** (Official taking recognizance; "X" proper box)
[X] Commissioner of the Superior Court
[ ] Assistant Clerk

**Date** 09/04/2012

**Docket Number**

(Page 1 of 2)   RECEIVED OCT 17 2012   American LegalNet, Inc. www.FormsWorkFlow.com

Return Date: 11/9 '2012

OJAY LEWIS

v.

Delta Management
Associates Inc

July 21, 2012

SUPERIOR COURT

J.D. of New Haven

at New Haven

## COMPLAINT

1. The Plaintiff is a consumer residing in West Haven Ct

2. The defendant is a corporation in Bedford NH; the principle purpose is the collection of debts.

3. On or around 07/16/2012 Delta Management Associates Inc violated The Fair Debt Collections Practices Act (FDCPA) section 15USC 1692e(2)(A) by sending a letter into the State of Connecticut stating "In addition to principal, interest and administrative fees, you are now responsible for costs the department incurs for fees earned by Delta for recoveries on this debt. These charges are currently 24% of the principal and interest repaid."

4. The defendant violated 15USC 1692f (1) by using unfair or unconscionable means to collect a debt.

5. The defendant is liable to the Plaintiff.

RECEIVED OCT 17 2012

WHEREFORE, the plaintiff claims:

1. Damages in an amount greater than $3500 but less than $15000.
2. Statutory damages of up to $1000 pursuant to 15 U.S.C. section 1692k
3. Attorney's fees pursuant to 15 U.S.C. 1692k.
4. Costs pursuant to 15 USC 1692k.
5. Such other relief as might apply at law or at equity

BY: _____
JEFFREY OLGIN
HIS ATTORNEY
JURIS NO. 044318
74 ROSE HILL RD
BRANFORD, CT 06405
203-483-1549 Tel
203-481-8562 fax

RECEIVED OCT 17 2012

PO BOX 18001
BEDFORD, NH 03110-8001

ADDRESS SERVICE REQUESTED

| ACCOUNT NO. | PRINCIPAL BAL | INTEREST |
|---|---|---|
| G000000011118914 | $4,590.44 | $527.58 |
| PENALTY CHARGES | FEES & COST | TOTAL BALANCE |
| $1,234.86 | $0.00 | $6,352.88 |
| AMOUNT PAID: | | |

07/16/12

RETURN THIS PORTION WITH YOUR PAYMENT.

DO NOT SEND CASH
MAKE CHECKS PAYABLE TO:
U.S. DEPARTMENT OF EDUCATION
SHOW YOUR SOCIAL SECURITY
NUMBER ON YOUR CHECK

OJAY LEWIS
149 LAMSON ST
WEST HAVEN, CT  06516-2724

NATIONAL PAYMENT CENTER
US DEPARTMENT OF EDUCATION
P.O. BOX 105028
ATLANTA, GA  30348-5028

4 320469636470 0000004950 00000597   4 320469636470 0007162012 06352888

---

PLEASE RETURN THE ORIGINAL COPY OF THIS LETTER AND KEEP A COPY FOR YOUR RECORDS

07/16/12

DELTA MANAGEMENT ASSOCIATES, INC.
P.O. BOX 18001
BEDFORD, NH 03110-8001
1-866-441-1957

CREDITOR:           US DEPARTMENT OF EDUCATION
AMOUNT DUE:         $6,352.88
BORROWER NAME:      OJAY LEWIS
SOCIAL SECURITY:    XXX-XX-3647
ACCOUNT:            G000000011118914, G000000011117816

THIS NOTICE REGARDING YOUR ACCOUNT WITH THE DEPARTMENT OF EDUCATION IS FROM DELTA MANAGEMENT ASSOCIATES, INC. THE DEPARTMENT OF EDUCATION HAS PLACED YOUR ACCOUNT WITH THIS AGENCY FOR COLLECTION ACTION.

YOU HAVE FAILED TO RESPOND TO OUR PREVIOUS LETTERS REGARDING YOUR DEFAULTED DEBT THAT THE UNITED STATES DEPARTMENT OF EDUCATION HOLDS. CONTINUED FAILURE TO CONTACT US WILL CAUSE US TO CONSIDER OTHER COURSES OF ACTION TO COLLECT THIS DEBT.

IN ADDITION TO PRINCIPAL, INTEREST AND ADMINISTRATIVE FEES, YOU ARE NOW RESPONSIBLE FOR COSTS THE DEPARTMENT INCURS FOR FEES EARNED BY DELTA FOR RECOVERIES ON THIS DEBT. THESE CHARGES ARE CURRENTLY 24% OF THE PRINCIPAL AND INTEREST REPAID.

ATTENTION: YOU MAY NOT HAVE TO REPAY YOUR LOANS TO THE DEPARTMENT OF EDUCATION IF YOU ARE TOTALLY AND PERMANENTLY DISABLED, INCARCERATED FOR MORE THAN 10 YEARS, HAVE GONE BANKRUPT OR IF THE PERSON TO WHOM THIS LETTER IS ADDRESSED IS DECEASED. SOME SIMPLE PAPERWORK NEEDS TO BE COMPLETED. CALL US RIGHT AWAY IF ANY OF THESE SITUATIONS APPLY AND WE WILL WORK WITH YOU TO SUBMIT THE PAPERWORK AND GET YOUR LOAN(S) FORGIVEN.

IF YOU ARE UNABLE TO PAY THE BALANCE IN FULL AT THIS TIME, THERE MAY BE ALTERNATIVE ARRANGEMENTS THAT CAN BE MADE TO SATISFY THIS DEBT.

IN ORDER TO TAKE ADVANTAGE OF THE ALTERNATIVES THAT MAY BE AVAILABLE TO YOU, YOU MUST CONTACT US AT:

DELTA MANAGEMENT ASSOCIATES, INC.
P.O. BOX 18001
BEDFORD, NH 03110-8001
1-866-441-1957
HOURS OF OPERATION: MON-FRI 8AM-7PM, SAT 8AM-11AM EST

ALL PAYMENTS SHOULD BE MAILED TO THE FOLLOWING ADDRESS:

US DEPARTMENT OF EDUCATION, NATIONAL PAYMENT CENTER
PO BOX 105028
ATLANTA, GA  30348-5028

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

RECEIVED OCT 17 2012

501

*** NOTICE: SEE REVERSE SIDE FOR IMPORTANT...

