UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OJAY LEWIS, : | |
| : | |
| PLAINTIFF, : | |
| : | |
| V. : | No. 3:12-cv-01627-VLB |
| : | |
| DELTA MANAGEMENT : | |
| ASSOCIATES, INC., : | December 12, 2012 |
| : | |
| DEFENDANT. : | |

## ANSWER

The defendant, Delta, Management Associates, Inc. ("Delta"), by and through the undersigned counsel, for its Answer to plaintiff's Complaint herein, hereby denies each and every averment, except as expressly stated below, as follows:

1. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 1 and therefore denies the same and leaves the plaintiff to his proof.

2. Admits the defendant is a corporation with offices in Bedford, New Hampshire the principal purpose of which is the collection of debts.

3. Denies.

4. Denies.

5. Denies.

## **FIRST AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the Complaint fails to state a claim upon which relief may be granted.

## **SECOND AFFIRMATIVE DEFENSE**

Any violation of the Fair Debt Collection Practices Act by defendant, which defendant denies, was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

        DEFENDANT
        DELTA MANAGEMENT
        ASSOCIATES, INC.

By: _____/s/_____
      Jonathan D. Elliot

        Zeldes, Needle & Cooper, P.C.
        1000 Lafayette Blvd.
        Bridgeport, CT 06604
        Tel: 203-333-9441
        Fax: 203-333-1489
        Email: jelliot@znclaw.com

Its Attorney

## **CERTIFICATION**

      I hereby certify that on December 12, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                  /s/
                                          Jonathan D. Elliot